JAMES G. GATTO (*pro hac vice* to be submitted)
james.gatto@pillsburylaw.com
JENNA F. LEAVITT #213574
jenna.leavitt@pillsburylaw.com
PILLSBURY WINTHROP SHAW PITTMAN LLP
725 South Figueroa Street, Suite 2800
Los Angeles, CA 90017-5406
Telephone: (213) 488-7100
Facsimile: (213) 629-1033

Attorneys for Plaintiff
PLAYVISION LABS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PLAYVISION LABS, INC., a California corporation,<br><br>     Plaintiff,<br><br>vs.<br><br>GREG ROBERTS, an individual; and SUZANNE ROBERTS, an individual,<br><br>     Defendants. | Case No.: CV 12-0171 JSW<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO STAY ACTION**<br><br>**Civil L.R. 6-2** **AND CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>**Judge: Hon. Jeffrey S. White** |

  Pursuant to Civil L.R. 6-2, Plaintiff PlayVision Labs, Inc. ("PlayVision") and Defendant Suzanne Roberts ("Roberts") hereby stipulate and respectfully request that the Court Order as follows:

  WHEREAS, PlayVision and Roberts are currently in negotiations to settle the present dispute;

  WHEREAS, the parties estimate that it will take an additional 60 days to determine if settlement is possible;

1    WHEREAS, the parties in good faith believe that staying the case will assist in their
2 ability to settle the matter between them without the need for further court intervention;
3    WHEREAS, on February 29, 2012, the Court set a Case Management Conference for
4 June 1, 2012, at 1:30 p.m., and also ordered the parties to file a joint case management statement
5 no later than five (5) court days prior to the Case Management Conference (on or by May 25,
6 2012);
7    WHEREAS, Plaintiff filed an Amended Complaint against All Defendants on March 16,
8 2012;
9    WHEREAS, Plaintiff's position is that Roberts has not yet responded to or answered the
10 Amended Complaint;
11    WHEREAS, the Court did not re-set the date for the Case Management Conference or the
12 due date for the joint case management statement after the Amended Complaint was filed;
13    WHEREAS, this is the first request to stay the case by the parties hereto;
14    WHEREAS, this request will not affect Defendant Gregory Roberts, who Plaintiff
15 contends was served last week;
16    WHEREAS, the requested stay will not affect the schedule for the case since one has not
17 yet been set;
18    WHEREAS, pursuant to Civil L.R. 6-2, the Declaration of Jenna F. Leavitt, counsel for
19 PlayVision, in support of the request is being filed contemporaneously herewith;
20    By her signature below, counsel for Plaintiff swears under penalty of perjury that
21 Defendant Suzanne Roberts concurred in the filing of this document.

1  NOW, THEREFORE, the parties hereby stipulate to stay the above-referenced matter
2  until August <u>10</u>, 2012 and to adjourn all dates set forth in the Court's Order Setting Case
3  Management Conference and Requiring Joint Case Management Conference Statement.

4

5  Dated: May 21, 2012.

           Respectfully submitted,
6
           PILLSBURY WINTHROP SHAW PITTMAN LLP
7

8
         By   /s/ Jenna F. Leavitt
9
           Jenna F. Leavitt
         Attorneys for Plaintiff PLAYVISION LABS, INC.
10

11
Dated: May 21, 2012.
12
           Respectfully submitted,

13           SUZANNE ROBERTS

14

15
         By   /s/ Suzanne Roberts
           Suzanne Roberts
16           In Pro Per

17
   PURSUANT TO STIPULATION, IT IS SO ORDERED.
18  The Court CONTINUES the case management conference to August 31, 2012, and the parties shall
  submit a joint case management conference statement on August 24, 2012, unless the matter has
19  been resolved before then.

20  Dated: May 22, 2012

21

22             _/s/ Jeffrey S. White_____
           Honorable Jeffrey S. White
23           United States District Court Judge

24

25

26

27

28