```
 1  JAMES G. GATTO (pro hac vice to be submitted)
    james.gatto@pillsburylaw.com
 2  JENNA F. LEAVITT #213574
    jenna.leavitt@pillsburylaw.com
 3  PILLSBURY WINTHROP SHAW PITTMAN LLP
    725 South Figueroa Street, Suite 2800
 4  Los Angeles, CA  90017-5406
    Telephone: (213) 488-7100
 5  Facsimile: (213) 629-1033

 6  Attorneys for Plaintiff
    PLAYVISION LABS, INC.
 7
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PLAYVISION LABS, INC., a California corporation,<br><br>        Plaintiff,<br><br>vs.<br><br>GREG ROBERTS, an individual; and SUZANNE ROBERTS, an individual,<br><br>        Defendants. | Case No.: CV 12-0171 JSW<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND THE BRIEFING SCHEDULE ON DEFENDANT GREG ROBERTS' MOTION TO DISMISS AS MODIFIED**<br><br>**Civil L.R. 6-2**<br><br>**Judge:  Hon. Jeffrey S. White** |

Pursuant to Civil L.R. 6-1(b), 6-2, and 7-12, Plaintiff PlayVision Labs, Inc. ("PlayVision") and Defendant Greg Roberts ("Roberts"), by and through their counsel, hereby submit this Joint Stipulation and [Proposed] Order to Extend the Briefing Schedule on Defendant Greg Roberts' Motion to Dismiss (the "Motion to Dismiss"), scheduled to be heard on July 13, 2012.  Accordingly, the parties hereby stipulate and respectfully request that the Court Order as follows:

WHEREAS, PlayVision and Roberts are currently in negotiations to settle the present dispute and have scheduled a telephonic settlement conference to take place on June 21, 2012;

1  WHEREAS, counsel for the parties met and conferred by telephone on June 12, 2012
2  regarding the deadlines for PlayVision's opposition to the Motion to Dismiss and subsequently
3  Roberts' reply;

4  WHEREAS, the parties stipulate, subject to the Court's approval, that PlayVision's time
5  to file an opposition to the Motion to Dismiss shall be extended to and including June 28, 2012;

6  WHEREAS, the parties further stipulate, subject to the Court's approval, that Roberts'
7  time to file a reply in support of his Motion to Dismiss shall be extended to and including July 5,
8  2012;

9  WHEREAS, the parties in good faith believe that this extension will assist in their ability
10 to settle the matter between them without the need for further court intervention;

11 WHEREAS, the requested extension to the briefing schedule will have no effect on the
12 Hearing on the Motion to Dismiss scheduled on July 13, 2012, or on the case schedule;

13 WHEREAS, this is the second request by the parties hereto to extend any deadlines in
14 this case, the first being an informal extension to Roberts' deadline for providing a response to
15 the Complaint (from May 23, 2012 to May 30, 2012);

16 WHEREAS, there has also been one prior extension with the other Defendant, Suzanne
17 Roberts, in which this Court granted the requested sixty (60) day stay with respect to the action
18 against Ms. Roberts;

19 WHEREAS, pursuant to Civil L.R. 6-2, the Declaration of Jenna F. Leavitt, counsel for
20 PlayVision, in support of the request is being filed contemporaneously herewith;

22 NOW, THEREFORE, the parties hereby stipulate, subject to the Court's approval, that:
23 (1) PlayVision's time to file an opposition to the Motion to Dismiss shall be extended to and
24 including June 28, 2012, and (2) Roberts' time to file a reply in support of his Motion to Dismiss
25 shall be extended to and including July 5, 2012.

- 2 -

I, Jenna F. Leavitt, as the e-filing signatory, attest that concurrence in filing this document has been obtained from Brian E. Mitchell.

Dated: June 13, 2012.

Respectfully submitted,

PILLSBURY WINTHROP SHAW PITTMAN LLP

By   /s/ Jenna F. Leavitt
        Jenna F. Leavitt
Attorneys for Plaintiff PLAYVISION LABS, INC.

Dated: June 13, 2012.

Respectfully submitted,

MITCHELL + COMPANY

By   /s/ Brian E. Mitchell
        Brian E. Mitchell
Attorney for Defendant Greg Roberts

PURSUANT TO STIPULATION, IT IS SO ORDERED.
Because the deadline to submit the reply brief is less than fourteen days before the hearing, the Court continues the hearing to July 20, 2012 at 9:00 a.m.

Dated: June 13, 2012

*/s/ Jeffrey S. White*
Honorable Jeffrey S. White
United States District Court Judge