JAMES G. GATTO (*pro hac vice* to be submitted)
james.gatto@pillsburylaw.com
JENNA F. LEAVITT #213574
jenna.leavitt@pillsburylaw.com
PILLSBURY WINTHROP SHAW PITTMAN LLP
725 South Figueroa Street, Suite 2800
Los Angeles, CA 90017-5406
Telephone: (213) 488-7100
Facsimile: (213) 629-1033

Attorneys for Plaintiff
PLAYVISION LABS, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PLAYVISION LABS, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>GREG ROBERTS, an individual; and SUZANNE ROBERTS, an individual,<br><br>Defendants. | Case No.: CV 12-0171 JSW<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND THE BRIEFING SCHEDULE ON DEFENDANT GREG ROBERTS' MOTION TO DISMISS AS MODIFIED**<br>**Civil L.R. 6-2**<br><br>**Judge: Hon. Jeffrey S. White** |

Pursuant to Civil L.R. 6-1(b), 6-2, and 7-12, Plaintiff PlayVision Labs, Inc. ("PlayVision") and Defendant Greg Roberts ("Roberts"), by and through their counsel, hereby submit this Joint Stipulation and [Proposed] Order to Extend the Briefing Schedule on Defendant Greg Roberts' Motion to Dismiss (the "Motion to Dismiss"), scheduled to be heard on July 13, 2012. Accordingly, the parties hereby stipulate and respectfully request that the Court Order as follows:

WHEREAS, PlayVision and Roberts are currently in negotiations to settle the present dispute and have scheduled a telephonic settlement conference to take place on June 21, 2012;

CV 12-0171 JSW
JOINT STIPULATION AND
[PROPOSED] ORDER TO EXTEND

WHEREAS, counsel for the parties met and conferred by telephone on June 12, 2012 regarding the deadlines for PlayVision's opposition to the Motion to Dismiss and subsequently Roberts' reply;

WHEREAS, the parties stipulate, subject to the Court's approval, that PlayVision's time to file an opposition to the Motion to Dismiss shall be extended to and including June 28, 2012;

WHEREAS, the parties further stipulate, subject to the Court's approval, that Roberts' time to file a reply in support of his Motion to Dismiss shall be extended to and including July 5, 2012;

WHEREAS, the parties in good faith believe that this extension will assist in their ability to settle the matter between them without the need for further court intervention;

WHEREAS, the requested extension to the briefing schedule will have no effect on the Hearing on the Motion to Dismiss scheduled on July 13, 2012, or on the case schedule;

WHEREAS, this is the second request by the parties hereto to extend any deadlines in this case, the first being an informal extension to Roberts' deadline for providing a response to the Complaint (from May 23, 2012 to May 30, 2012);

WHEREAS, there has also been one prior extension with the other Defendant, Suzanne Roberts, in which this Court granted the requested sixty (60) day stay with respect to the action against Ms. Roberts;

WHEREAS, pursuant to Civil L.R. 6-2, the Declaration of Jenna F. Leavitt, counsel for PlayVision, in support of the request is being filed contemporaneously herewith;

NOW, THEREFORE, the parties hereby stipulate, subject to the Court's approval, that: (1) PlayVision's time to file an opposition to the Motion to Dismiss shall be extended to and including June 28, 2012, and (2) Roberts' time to file a reply in support of his Motion to Dismiss shall be extended to and including July 5, 2012.

CV 12-0171 JSW
JOINT STIPULATION AND
[PROPOSED] ORDER TO EXTEND

1    I, Jenna F. Leavitt, as the e-filing signatory, attest that concurrence in filing this document

2 has been obtained from Brian E. Mitchell.

3 Dated:  June 13, 2012.

                                    Respectfully submitted,
4
                                    PILLSBURY WINTHROP SHAW PITTMAN LLP
5

6                                   By   /s/ Jenna F. Leavitt
                                             Jenna F. Leavitt
7                                   Attorneys for Plaintiff PLAYVISION LABS, INC.

8 Dated:  June 13, 2012.

                                    Respectfully submitted,
9
                                    MITCHELL + COMPANY
10

11

12                                  By   /s/ Brian E. Mitchell
                                             Brian E. Mitchell
13                                  Attorney for Defendant Greg Roberts

14

15         PURSUANT TO STIPULATION, IT IS SO ORDERED.
   Because the deadline to submit the reply brief is less than fourteen days before the hearing, the Court
16 continues the hearing to July 20, 2012 at 9:00 a.m.

17
   Dated:  June 13, 2012
18

19

20 _____
   Honorable Jeffrey S. White
21 United States District Court Judge

22

23

24

25

26

27

28

                                                                    CV 12-0171 JSW
                          - 3 -                               JOINT STIPULATION AND
                                                              [PROPOSED] ORDER TO EXTEND