1  JAMES G. GATTO (*pro hac vice* to be submitted)
   james.gatto@pillsburylaw.com
2  JENNA F. LEAVITT #213574
   jenna.leavitt@pillsburylaw.com
3  PILLSBURY WINTHROP SHAW PITTMAN LLP
   725 South Figueroa Street, Suite 2800
4  Los Angeles, CA 90017-5406
   Telephone: (213) 488-7100
5  Facsimile: (213) 629-1033

6  Attorneys for Plaintiff
   PLAYVISION LABS, INC.
7

8                  UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10

11

12  PLAYVISION LABS, INC., a California        Case No.: CV 12-0171 JSW
    corporation,
13                                             **SECOND JOINT STIPULATION AND**
                        Plaintiff,             **[PROPOSED] ORDER TO EXTEND THE**
14                                             **BRIEFING SCHEDULE AND CONTINUE**
          vs.                                  **THE HEARING ON DEFENDANT GREG**
15                                             **ROBERTS' MOTION TO DISMISS**
    GREG ROBERTS, an individual; and
16  SUZANNE ROBERTS, an individual,            **Civil L.R. 6-2**

17                      Defendants.            **Judge: Hon. Jeffrey S. White**

18

19

20

21       Pursuant to Civil L.R. 6-1(b), 6-2, and 7-12, Plaintiff PlayVision Labs, Inc.

22  ("PlayVision") and Defendant Greg Roberts ("Roberts"), by and through their counsel, hereby

23  submit this Second Joint Stipulation and [Proposed] Order to Extend the Briefing Schedule and

24  Continue the Hearing on Defendant Greg Roberts' Motion to Dismiss (the "Motion to Dismiss"),

25  scheduled to be heard on July 20, 2012. Accordingly, the parties hereby stipulate and

26  respectfully request that the Court Order as follows:

27       WHEREAS, PlayVision and Roberts are currently in negotiations to settle the present

28  dispute;

1 WHEREAS, the parties participated through their counsel in a telephonic settlement
2 conference on June 21, 2012;

3 WHEREAS, during the parties' settlement conference, counsel for the parties met and
4 conferred regarding the hearing date and briefing deadlines for the Motion to Dismiss, including
5 PlayVision's opposition and subsequently Roberts' reply;

6 WHEREAS, the parties stipulate, subject to the Court's approval, that PlayVision's time
7 to file an opposition to the Motion to Dismiss shall be extended for three weeks from the current
8 due date of June 28, 2012 to July 19, 2012;

9 WHEREAS, the parties further stipulate, subject to the Court's approval, that Roberts'
10 time to file a reply in support of his Motion to Dismiss shall be extended for three weeks from
11 the current due date of July 5, 2012 to July 26, 2012;

12 WHEREAS, the parties in good faith believe that this extension will assist in their ability
13 to settle the matter between them without the need for further court intervention;

14 WHEREAS, the requested extension to the briefing schedule will cause the need for the
15 Hearing on the Motion to Dismiss scheduled on July 20, 2012, to be extended into August,
16 pursuant to the Court's schedule;

17 WHEREAS, the requested extension will not cause any delay to the remainder of the case
18 schedule;

19 WHEREAS, this is the third request by the parties hereto to extend any deadlines in this
20 case, the first being an informal extension to Roberts' deadline for providing a response to the
21 Complaint (from May 23, 2012 to May 30, 2012) and the second being the first request to extend
22 the briefing schedule for the Motion to Dismiss which was granted by this Court on June 13,
23 2012;

24 WHEREAS, there has also been one prior extension with the other Defendant, Suzanne
25 Roberts, in which this Court granted the requested sixty (60) day stay with respect to the action
26 against Ms. Roberts;

27 WHEREAS, pursuant to Civil L.R. 6-2, the Declaration of Jenna F. Leavitt, counsel for
28 PlayVision, in support of the request is being filed contemporaneously herewith;

- 2 -

CV 12-0171 JSW
JOINT STIPULATION AND
[PROPOSED] ORDER TO EXTEND

1  NOW, THEREFORE, the parties hereby stipulate, subject to the Court's approval, that:
2  (1) PlayVision's time to file an opposition to the Motion to Dismiss shall be extended to and
3  including July 19, 2012, (2) Roberts' time to file a reply in support of his Motion to Dismiss shall
4  be extended to and including July 26, 2012, and (3) the hearing on the Motion to Dismiss shall be
5  continued until August, pursuant to the Court's schedule.

7  I, Jenna F. Leavitt, as the e-filing signatory, attest that concurrence in filing this document
8  has been obtained from Brian E. Mitchell.

9  Dated: June 27, 2012.

Respectfully submitted,

PILLSBURY WINTHROP SHAW PITTMAN LLP

By  /s/ Jenna F. Leavitt
    Jenna F. Leavitt
    Attorneys for Plaintiff PLAYVISION LABS, INC.

Dated: June 27, 2012.

Respectfully submitted,

MITCHELL + COMPANY

By  /s/ Brian E. Mitchell
    Brian E. Mitchell
    Attorney for Defendant Greg Roberts

PURSUANT TO STIPULATION, IT IS SO ORDERED.

The Court shall hold a hearing on the motion to dismiss on Friday, August 10, 2012 at 9:00 a.m. If the Court finds the matter suitable for disposition without oral argument, it shall notify the parties in advance of the hearing.

Dated: June 27, 2012

_____
Honorable Jeffrey S. White
United States District Court Judge

- 3 -

CV 12-0171 JSW
JOINT STIPULATION AND
[PROPOSED] ORDER TO EXTEND