1  JAMES G. GATTO (*pro hac vice* to be submitted)
   james.gatto@pillsburylaw.com
2  JENNA F. KARADBIL #213574
   jfk@pillsburylaw.com
3  PILLSBURY WINTHROP SHAW PITTMAN LLP
   725 South Figueroa Street, Suite 2800
4  Los Angeles, CA  90017-5406
   Telephone: (213) 488-7100
5  Facsimile: (213) 629-1033

6  Attorneys for Plaintiff
   PLAYVISION LABS, INC.
7

8                  UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10

11  _____
                                          )   Case No.: CV 12-0171 JSW
12  PLAYVISION LABS, INC., a California    )
    corporation,                          )   **STIPULATED PERMANENT INJUNCTION**
13                                         )   **AND STIPULATION OF DISMISSAL AND**
                          Plaintiff,       )   **[PROPOSED] ORDER THEREON**
14                                         )
              vs.                          )
15                                         )   **Judge:  Hon. Jeffrey S. White**
    GREG ROBERTS, an individual; and       )
16  SUZANNE ROBERTS, an individual,        )
                                          )
17                        Defendants.      )
                                          )
18  _____)

19        Having reached full and final settlement in the above matter, Plaintiff Playvision Labs,

20  Inc. ("Playvision") and Defendants Greg Roberts and Suzanne Roberts hereby request, pursuant

21  to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that the Court dismiss with prejudice all

22  Complaints, claims and counterclaims asserted by any party in this matter. The parties' dismissal

23  is premised and conditioned upon the terms of that certain Settlement Agreement dated as of

24  October 9, 2012 ("Settlement Agreement").

25        The parties stipulate and agree that this Court, the United States District Court for the

26  Northern District of California, shall retain jurisdiction over this action and the parties in

27  connection with this action and the Settlement Agreement.

28        As part of the above-referenced settlement between Playvision and the Defendants, the

parties further request that the Court issue and enter a permanent injunction, to which the parties have stipulated as follows:

1. Defendants, each of them, and any of their successors and assigns, any and all persons and entities acting in direct or indirect concert and/or participation with either or both of them, do not contest that Playvision is the owner of all right, title and interest in and to the PLAYMOTION registered trademark (Registration No. 3,106,580), the PLAYSDK trademark, and any other intellectual property of the former Playmotion, Inc. (aka Playmotion LLC and Fishboxer LLC).

2. Defendants, each of them, and any of their successors and assigns, and any and all persons and entities acting in direct or indirect concert and/or participation with either or both of them, shall and are hereby PERMANENTLY ENJOINED and restrained from adopting, using, applying to register or registering anywhere in the world, for any and all goods and services, the Marks (as defined in the Settlement Agreement), the names PLAYMOTION or PLAYSDK, any name containing the letter string "PLAYMOTION" or "PLAYSDK" (either as a standalone term or embedded within another term), or any other name, phrase or mark that may cause likelihood of confusion with or dilution of the Marks, nor will they assist any third party in doing so.

3. Defendants, each of them, and any of their successors and assigns, and any and all persons and entities acting in direct or indirect concert and/or participation with either or both of them, shall and are hereby PERMANENTLY ENJOINED and restrained from using, selling or offering for sale any goods or services that contain or utilize any Playmotion intellectual property. For purposes of this PERMANENT INJUNCTION, "use" includes but is not limited to use as a trade name, as a company name, as a business name, in a logo or slogan, as an e-mail address, in a domain name or URL, on websites, in correspondence, on letterhead, business cards, promotional and marketing materials, on goods, in software, and on signage.

Should either of the Defendants violate any or all of the foregoing prohibitions in Paragraphs 1-5 above, such Defendant will be in violation of this Stipulated Permanent Injunction.

1    Nothing in this Stipulated Permanent Injunction shall prohibit the parties from fulfilling

2    their respective obligations under the Settlement Agreement.

3    **IT IS SO STIPULATED AND AGREED:**

4    Dated:  September __, 2012.

PLAYVISION LABS, INC.

5

6    By _____

Scott Wills

7

8    Dated:  September __, 2012.

9    GREG ROBERTS

10   By _____

Greg Roberts

11   Dated:  September __, 2012.

12   SUZANNE ROBERTS

13

14   By _____

Suzanne Roberts

15

16   **APPROVED AS TO FORM:**

17   Dated:  September __, 2012.

PILLSBURY WINTHROP SHAW PITTMAN LLP

18

19   By _____

Jenna F. Karadbil

20   Attorneys for PLAINTIFF

21   Dated:  September __, 2012.

22   MITCHELL + COMPANY

23   By _____

Brian E. Mitchell

24   Attorneys for DEFENDANTS

25   **IT IS SO ORDERED.**

26

27   Dated: _____   _____

Honorable Jeffrey S. White

28   UNITED STATES DISTRICT COURT JUDGE

**IT IS SO STIPULATED AND AGREED:**

Dated: September __, 2012.

10/31/12

PLAYVISION LABS, INC.

By _Scott Wills_
  Scott Wills

Dated: September __, 2012.

November 1, 2012

GREG ROBERTS

By _____
  Greg Roberts

Dated: September __, 2012.

SUZANNE ROBERTS

By _____
  Suzanne Roberts

**APPROVED AS TO FORM:**

Dated: September __, 2012.

PILLSBURY WINTHROP SHAW PITTMAN LLP

By _____
  Jenna F. Karadbil
  Attorneys for PLAINTIFF

Dated: September __, 2012.

MITCHELL + COMPANY

By _____
  Brian E. Mitchell
  Attorneys for DEFENDANTS

**IT IS SO ORDERED.**

Dated: _____

_____
Honorable Jeffrey S. White
UNITED STATES DISTRICT COURT JUDGE

CV 12-0171 JSW
STIPULATED PERMANENT INJUNCTION AND
STIPULATION OF DISMISSAL

1        Nothing in this Stipulated Permanent Injunction shall prohibit the parties from fulfilling

2  their respective obligations under the Settlement Agreement.

3        **IT IS SO STIPULATED AND AGREED:**

4  Dated: September __, 2012.

5                  PLAYVISION LABS, INC.

6                  By _____

7                          Scott Wills

8  Dated: September __, 2012.

9                  GREG ROBERTS

10                 By _____

11                         Greg Roberts

12  Dated: September __, 2012.
10/23/2012

13                  SUZANNE ROBERTS

14                 By _____

15                       Suzanne Roberts

16  **APPROVED AS TO FORM:**

17  Dated: September __, 2012.

18                  PILLSBURY WINTHROP SHAW PITTMAN LLP

19                 By _____

20                       Jenna F. Karadbil
                      Attorneys for PLAINTIFF

21  Dated: September __, 2012.

22                  MITCHELL + COMPANY

23                 By _____

24                       Brian E. Mitchell
                      Attorneys for DEFENDANTS

25        **IT IS SO ORDERED.**

26

27  Dated: _____       _____
                      Honorable Jeffrey S. White

28                      UNITED STATES DISTRICT COURT JUDGE

1    Nothing in this Stipulated Permanent Injunction shall prohibit the parties from fulfilling

2    their respective obligations under the Settlement Agreement.

3    **IT IS SO STIPULATED AND AGREED:**

4    Dated:  September ___, 2012.

         PLAYVISION LABS, INC.
5

6                                    By _____

7                                          Scott Wills

8    Dated:  September ___, 2012.

         GREG ROBERTS
9

10                                   By _____

11                                         Greg Roberts

12   Dated:  September ___, 2012.

         SUZANNE ROBERTS
13

14                                   By _____

15                                         Suzanne Roberts

16   **APPROVED AS TO FORM:**

17   Dated:  September ___, 2012.

18        PILLSBURY WINTHROP SHAW PITTMAN LLP

19                                   By _____

20                                         Jenna F. Karadbil
                                     Attorneys for PLAINTIFF

21   Dated:  September ___, 2012.

22        MITCHELL + COMPANY

23                                   By _____

24                                         Brian E. Mitchell
                                     Attorneys for DEFENDANTS

25   **IT IS SO ORDERED.**

26
     Dated: __November 13, 2012__
27                                   _____
                                     Honorable Jeffrey S. White
28                                   UNITED STATES DISTRICT COURT JUDGE

                                          CV 12-0171 JSW
                                STIPULATED PERMANENT INJUNCTION AND
                                     STIPULATION OF DISMISSAL