JAMES G. GATTO (*pro hac vice* to be submitted)
james.gatto@pillsburylaw.com
JENNA F. KARADBIL #213574
jfk@pillsburylaw.com
PILLSBURY WINTHROP SHAW PITTMAN LLP
725 South Figueroa Street, Suite 2800
Los Angeles, CA 90017-5406
Telephone: (213) 488-7100
Facsimile: (213) 629-1033

Attorneys for Plaintiff
PLAYVISION LABS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PLAYVISION LABS, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>GREG ROBERTS, an individual; and SUZANNE ROBERTS, an individual,<br><br>Defendants. | Case No.: CV 12-0171 JSW<br><br>**STIPULATED PERMANENT INJUNCTION AND STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON**<br><br>**Judge: Hon. Jeffrey S. White** |

Having reached full and final settlement in the above matter, Plaintiff Playvision Labs, Inc. ("Playvision") and Defendants Greg Roberts and Suzanne Roberts hereby request, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that the Court dismiss with prejudice all Complaints, claims and counterclaims asserted by any party in this matter. The parties' dismissal is premised and conditioned upon the terms of that certain Settlement Agreement dated as of October 9, 2012 ("Settlement Agreement").

The parties stipulate and agree that this Court, the United States District Court for the Northern District of California, shall retain jurisdiction over this action and the parties in connection with this action and the Settlement Agreement.

As part of the above-referenced settlement between Playvision and the Defendants, the

parties further request that the Court issue and enter a permanent injunction, to which the parties have stipulated as follows:

      1.      Defendants, each of them, and any of their successors and assigns, any and all persons and entities acting in direct or indirect concert and/or participation with either or both of them, do not contest that Playvision is the owner of all right, title and interest in and to the PLAYMOTION registered trademark (Registration No. 3,106,580), the PLAYSDK trademark, and any other intellectual property of the former Playmotion, Inc. (aka Playmotion LLC and Fishboxer LLC).

      2.      Defendants, each of them, and any of their successors and assigns, and any and all persons and entities acting in direct or indirect concert and/or participation with either or both of them, shall and are hereby PERMANENTLY ENJOINED and restrained from adopting, using, applying to register or registering anywhere in the world, for any and all goods and services, the Marks (as defined in the Settlement Agreement), the names PLAYMOTION or PLAYSDK, any name containing the letter string "PLAYMOTION" or "PLAYSDK" (either as a standalone term or embedded within another term), or any other name, phrase or mark that may cause likelihood of confusion with or dilution of the Marks, nor will they assist any third party in doing so.

      3.      Defendants, each of them, and any of their successors and assigns, and any and all persons and entities acting in direct or indirect concert and/or participation with either or both of them, shall and are hereby PERMANENTLY ENJOINED and restrained from using, selling or offering for sale any goods or services that contain or utilize any Playmotion intellectual property. For purposes of this PERMANENT INJUNCTION, "use" includes but is not limited to use as a trade name, as a company name, as a business name, in a logo or slogan, as an e-mail address, in a domain name or URL, on websites, in correspondence, on letterhead, business cards, promotional and marketing materials, on goods, in software, and on signage.

Should either of the Defendants violate any or all of the foregoing prohibitions in Paragraphs 1-5 above, such Defendant will be in violation of this Stipulated Permanent Injunction.

Nothing in this Stipulated Permanent Injunction shall prohibit the parties from fulfilling their respective obligations under the Settlement Agreement.

**IT IS SO STIPULATED AND AGREED:**

Dated: September __, 2012.

PLAYVISION LABS, INC.

By _____
       Scott Wills

Dated: September __, 2012.

GREG ROBERTS

By _____
       Greg Roberts

Dated: September __, 2012.

SUZANNE ROBERTS

By _____
       Suzanne Roberts

**APPROVED AS TO FORM:**

Dated: September __, 2012.

PILLSBURY WINTHROP SHAW PITTMAN LLP

By _____
       Jenna F. Karadbil
   Attorneys for PLAINTIFF

Dated: September __, 2012.

MITCHELL + COMPANY

By _____
       Brian E. Mitchell
   Attorneys for DEFENDANTS

**IT IS SO ORDERED.**

Dated: _____

_____
Honorable Jeffrey S. White
UNITED STATES DISTRICT COURT JUDGE

IT IS SO STIPULATED AND AGREED:

Dated: September __, 2012.

10/31/12

PLAYVISION LABS, INC.

By: _____
Scott Wills

Dated: September __, 2012.

November 1, 2012

GREG ROBERTS

By: _____
Greg Roberts

Dated: September __, 2012.

SUZANNE ROBERTS

By: _____
Suzanne Roberts

**APPROVED AS TO FORM:**

Dated: September __, 2012.

PILLSBURY WINTHROP SHAW PITTMAN LLP

By: _____
Jenna F. Karadbil
Attorneys for PLAINTIFF

Dated: September __, 2012.

MITCHELL + COMPANY

By: _____
Brian E. Mitchell
Attorneys for DEFENDANTS

**IT IS SO ORDERED.**

Dated: _____

_____
Honorable Jeffrey S. White
UNITED STATES DISTRICT COURT JUDGE

CV 12-0171 JSW
STIPULATED PERMANENT INJUNCTION AND
STIPULATION OF DISMISSAL

Nothing in this Stipulated Permanent Injunction shall prohibit the parties from fulfilling their respective obligations under the Settlement Agreement.

IT IS SO STIPULATED AND AGREED:

Dated: September __, 2012.

PLAYVISION LABS, INC.

By _____
Scott Wills

Dated: September __, 2012.

GREG ROBERTS

By _____
Greg Roberts

Dated: September __, 2012.
10/23/2012

SUZANNE ROBERTS

By /s/ Suzanne Roberts
Suzanne Roberts

APPROVED AS TO FORM:

Dated: September __, 2012.

PILLSBURY WINTHROP SHAW PITTMAN LLP

By _____
Jenna F. Karadbil
Attorneys for PLAINTIFF

Dated: September __, 2012.

MITCHELL + COMPANY

By _____
Brian E. Mitchell
Attorneys for DEFENDANTS

IT IS SO ORDERED.

Dated: _____

_____
Honorable Jeffrey S. White
UNITED STATES DISTRICT COURT JUDGE

Nothing in this Stipulated Permanent Injunction shall prohibit the parties from fulfilling their respective obligations under the Settlement Agreement.

**IT IS SO STIPULATED AND AGREED:**

Dated: September __, 2012.

PLAYVISION LABS, INC.

By _____
       Scott Wills

Dated: September __, 2012.

GREG ROBERTS

By _____
       Greg Roberts

Dated: September __, 2012.

SUZANNE ROBERTS

By _____
       Suzanne Roberts

**APPROVED AS TO FORM:**

Dated: September __, 2012.

PILLSBURY WINTHROP SHAW PITTMAN LLP

By _____
       Jenna F. Karadbil
    Attorneys for PLAINTIFF

Dated: September __, 2012.

MITCHELL + COMPANY

By _____
       Brian E. Mitchell
    Attorneys for DEFENDANTS

**IT IS SO ORDERED.**

Dated: November 13, 2012

_____
Honorable Jeffrey S. White
UNITED STATES DISTRICT COURT JUDGE